**GUTRIDE SAFIER LLP**
SETH A. SAFIER (State Bar No. 197427)
MARIE A. MCCRARY (State Bar No. 262670)
HAYLEY REYNOLDS (State Bar No. 306427)
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 336-6545
Facsimile: (415) 449-6469

MATTHEW T. MCCRARY (admitted pro hac vice)
4450 Arapahoe Ave., Suite 100
Boulder, CO 80303
Telephone: (415) 336-6545
Facsimile: (415) 449-6469

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNA

| | |
|---|---|
| SHERRIS MINOR as an individual, on behalf of herself, the general public and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BAKER MILLS, INC. d/b/a KODIAK CAKES, LLC,<br><br>Defendant. | CASE NO. 3:20-cv-02901-RS<br><br>**STIPULATION AND ORDER TO EXTEND CLASS CERTIFICATION BRIEFING SCHEDULE** |

| 1 | WHEREAS, The Parties, Sherris Minor ("Plaintiff") and Baker Mills, Inc. ("Baker
| 2 | Mills"), and Kodiak Cakes, LLC (together with Baker Mills, "Defendants"), submitted a Case
| 3 | Management Conference Statement on August 3, 2020, that proposed a briefing schedule and
| 4 | hearing date for a class certification motion. ECF 23.
| 5 | WHEREAS, the Parties attended the Initial Case Management Conference on December
| 6 | 3, 2020, wherein the Court set August 5, 2021, as the hearing date for a class certification
| 7 | motion. ECF 41.
| 8 | WHEREAS, the parties attended a case management conference on December 3, 2020,
| 9 | wherein the parties agreed to submit a stipulated schedule for a motion for class certification;
| 10 | WHEREAS the parties submitted a stipulation re Briefing Schedule for Motion for Class
| 11 | Certification on December 4, 2020 (ECF 42);
| 12 | WHEREAS, on December 4, 2020, the Court adopted the parties' proposed briefing
| 13 | schedule on class certification, as put forth in the below table (ECF 43);
| 14 | WHEREAS, the parties have diligently pursued discovery in preparation for class
| 15 | certification.
| 16 | WHEREAS, Defendant began production of ESI on March 16, 2021, and has not yet
| 17 | completed production of documents;
| 18 | WHEREAS, Plaintiff served a 30(b)(6) Notice on March 3, 2021, and the parties are still
| 19 | negotiating topics;
| 20 | WHEREAS, the parties believe that an extension of class-certification-related deadlines
| 21 | would allow for the timely and efficient completion of outstanding productions and depositions;
| 22 | WHEREAS, this is the first request for an extension in this case;
| 23 | WHEREAS, the proposed schedule does not affect other deadlines in the case;
| 24 | NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the
| 25 | Parties, and subject to the approval of the Court:
| 26 | Deadlines related to the class certification briefing schedule as set in the Court's
| 27 | December 4, 2020 Order are adjusted as follows:
| 28 |

| Event | Current Deadline (ECF 43) | Deadline |
|---|---|---|
| Motion for Class Certification & Plaintiff's Disclosure of Class Certification Experts | May 24, 2021 | August 2, 2021 |
| Opposition to Motion for Class Certification and Defendant's Disclosure of Class Certification Experts and Rebuttal Experts | June 24, 2021 | 45 days after Plaintiff files her motion for class certification |
| Reply in Support of Motion for Class Certification and Plaintiff's Rebuttal Experts on Certification | July 22, 2021 | 30 days after Defendants file their opposition to the motion for class certification |
| Hearing on Motion for Class Certification | August 5, 2021 at 1:30 p.m. | November 4, 2021 at 1:30 p.m. |

**IT IS SO STIPULATED.**

Dated: April 30, 2021

/s/*Hayley Reynolds*
Hayley Reynolds
GUTRIDE SAFIER LLP
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

*Attorneys for* Sherris Minor

Dated: April 30, 2021

/s/ *Eric Kizirian*
Eric Kizirian
Lewis Brisbois
633 West 5th Street, Suite 4000
Los Angeles, California 90071

*Attorneys for* Defendants

1

2 **ORDER** Pursuant to the above stipulation,

3 **IT IS SO ORDERED.**

_____
4 Hon. Richard Seeborg

DATED: April 30, 2021
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1            <u>ATTESTATION OF CONCURRENCE IN FILING</u>

2     In accordance with the Northern District of California Local Rule 5-1(i)(3), I attest that

3 concurrence in the filing of this document has been obtained from each of the signatories who are

4 listed on the signature page.

6 Dated: April 30, 2021

                                                       /s/*Hayley Reynolds*
                                                       Hayley A. Reynolds
                                                       GUTRIDE SAFIER LLP
                                                       100 Pine Street, Suite 1250
                                                       San Francisco, CA 94111
                                                       Telephone: (415) 639-9090
                                                       Facsimile: (415) 449-6469

                                                       *Attorneys for* Sherris Minor