1

**GUTRIDE SAFIER LLP**
SETH A. SAFIER (State Bar No. 197427)

2
MARIE A. MCCRARY (State Bar No. 262670)
HAYLEY REYNOLDS (State Bar No. 306427)

3
100 Pine Street, Suite 1250

4
San Francisco, CA 94111
Telephone: (415) 336-6545

5
Facsimile:  (415) 449-6469

6
Attorneys for Plaintiff

7
UNITED STATES DISTRICT COURT

8
NORTHERN DISTRICT OF CALIFORNA

9

10
| | |
|---|---|
| SHERRIS MINOR as an individual, on behalf of herself, the general public and those similarly situated, | CASE NO. 5: 4:20-cv-02901-RS |
| | JOINT CASE MANAGEMENT CONFERENCE STATEMENT |
| Plaintiff, | |
| | DATE: February 3, 2022 |
| | TIME: 10:00 am |
| v. | |
| | TELEPHONIC/ZOOM |
| BAKER MILLS, INC. d/b/a KODIAK CAKES, LLC, | |
| Defendant. | |

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    The parties, Sherris Minor ("Plaintiff") and Baker Mills, Inc. ("Baker Mills"), and

2  Kodiak Cakes, LLC (together with Baker Mills, "Defendants"), submit this Joint Case

3  Management Statement pursuant to this Court's January 6, 2022 Order (ECF 102).

4        **1.     Motions Presently Set Before this Court.**

5        There are currently five motions pending before this Court: 1) Plaintiff's Motion to

6  Certify a Class (ECF 75); 2) Plaintiff's Motion for Leave to File an Amended Complaint (ECF

7  82); 3) Intervenors' Motion to Intervene (ECF 81); 4) Defendants' Motion to Exclude Plaintiff's

8  Expert Michael Dennis (ECF 79); and 5) Defendants' Motion to Exclude Plaintiff's Experts

9  Steven Gaskin and Colin Weir (ECF 80).  These motions are fully briefed and argument was set

10  for November 4, 2021.  On October 26, 2021, the Court vacated the hearing, referencing the

11  outcome of the pending motion to dismiss in *Chong, et al., v. KIND LLC*, 3:21-cv-0528-RS. ECF

12  100.  The Court has not yet ruled on the *KIND* motion to dismiss.

13        **2.     Discovery**

14        Given the pending motions, including the Motion to Certify a Class, discovery deadlines

15  have been vacated and the parties will submit a new proposed case discovery schedule 21 days

16  after the Court rules on the pending motions. ECF 99.

17

18  Dated:  January 27, 2022

19                                                    /s/Hayley Reynolds_____
                                                      Seth A. Safier
20                                                    Hayley Reynolds
                                                      GUTRIDE SAFIER LLP
21                                                    100 Pine Street, Suite 1250
                                                      San Francisco, CA 94111
22                                                    Telephone:  (415) 639-9090
                                                      Facsimile:   (415) 449-6469
23                                                    *Attorneys for* Sherris Minor

24  Dated:  January 27, 2022

25                                                     /s/Eric Kizirian_____
                                                      Eric Kizirian
26                                                    Michael Grimaldi
                                                      Lewis Brisbois
27                                                    633 West 5th Street, Suite 4000
                                                      Los Angeles, California 90071
28                                                    *Attorneys for* Defendants

ATTESTATION OF CONCURRENCE IN FILING

In accordance with the Northern District of California Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the signatories who are listed on the signature page.

Dated: January 27, 2022

/s/Hayley Reynolds
Hayley A. Reynolds
GUTRIDE SAFIER LLP
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

*Attorneys for* Sherris Minor