United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHERRIS MINOR,

        Plaintiff,

    v.

BAKER MILLS, INC., et al.,

        Defendants.

Case No. 20-cv-02901-RS

**ORDER RE STATUS**

The hearing on plaintiff's motion for class certification, motion for leave to amend, and associated evidentiary motions was vacated pending disposition of a motion to dismiss in *Chong, et al v. KIND LLC*, 3:21-cv-04528-RS, which presented preemption issues applicable to this case. The *Chong* decision has now issued, rejecting the analysis that previously allowed this case to go forward and dismissing the *Chong* complaint without leave to amend. Within the next two weeks, the parties in this action shall meet and confer to determine if they can reach a stipulation as to how this matter should proceed in light of the *Chong* judgment, and shall thereafter promptly file a stipulation reflecting any agreements they reach and/or a joint statement setting out their respective positions on any matters as to which no agreement is reached.

**IT IS SO ORDERED**.

Dated: February 16, 2022

_____
RICHARD SEEBORG
Chief United States District Judge