United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHERRIS MINOR,

    Plaintiff,

v.

BAKER MILLS, INC., et al.,

    Defendants.

Case No. 20-cv-02901-RS

**ORDER RE FURTHER PROCEEDINGS**

As directed, the parties engaged in meet and confer discussions to address how this litigation should proceed in light of the dismissal in *Chong, et al v. KIND LLC*, 21-cv-04528-RS; however, they did not reach agreement. It appears the meet and confer may have terminated prematurely, as each side is now making compromise proposals to which the other has not responded. Specifically, plaintiff proposes a motion for judgment on the pleadings with simultaneous briefing not to exceed fifteen pages each—a streamlined approach that arguably minimizes the burden that defendant contends it should not have to bear. Defendant, in turn, proposes, as one alternative, that this matter be stayed, pending resolution of the appeal in *Chong*.

The case will not be *sua sponte* dismissed without providing plaintiff the opportunity for further briefing. Defendant suggests plaintiff is now advancing an unpleaded theory as a means of distinguishing *Chong*. If defendant is correct that plaintiff's theory is outside the scope of the existing pleadings, it will not preclude entry of judgment on the pleadings, unless plaintiff seeks, and is granted, leave to amend.

Accordingly, the parties are directed to renew their meet and confer discussions to attempt to reach a stipulation either for a briefing schedule and page limits for a motion for judgment on the pleadings, or for a stay of this action. The further Case Management Conference presently set for March 17, 2022, is continued to April 21, 2022.

**IT IS SO ORDERED**.

Dated: March 10, 2022

_____
RICHARD SEEBORG
Chief United States District Judge