United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRIS MINOR,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BAKER MILLS, INC., et al.,<br><br>　　　　　Defendants. | Case No. 20-cv-02901-RS<br><br>**ORDER DENYING PENDING MOTIONS, WITHOUT PREJUDICE** |

In light of the current posture of this litigation, all presently pending motions are denied, without prejudice. The denial of presently pending motions to seal does *not* require that the documents sought to be filed under seal must now be filed in the public record—rather, the status of those documents will be addressed only if and when there is occasion to renew any of the underlying substantive motions and the associated sealing motions. The motion at docket No. 84 is denied for the separate reason that it requests that "Exhibit 6/ Dkt. 78-7 be removed from the public docket," but that docket entry already is not available for public viewing.

**IT IS SO ORDERED**.

Dated: March 31, 2022

_____
RICHARD SEEBORG
Chief United States District Judge